```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17126
    JUAN C GOODUM
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0157

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/26/2006 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.77%.

     The case was dismissed after confirmation 01/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                                 PAID         PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING     CURRENT MORTG          .00             .00           .00
CODILIS & ASSOCIATES ^    NOTICE ONLY     NOT FILED              .00           .00
LITTON LOAN SERVICING     MORTGAGE ARRE   49044.01               .00       3666.77
COMMONWEALTH EDISON       UNSECURED       11407.37               .00           .00
PROTECT AMERICA           UNSECURED       NOT FILED              .00           .00
LVNV FUNDING LLC          UNSECURED         840.68               .00           .00
AFNI/VERIZON WIRELESS     UNSECURED        1410.29               .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY         1679.49               .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED         349.80               .00           .00
LVNV FUNDING LLC          UNSECURED             .00              .00           .00
HSBC BANK/OCWEN LOAN      NOTICE ONLY     NOT FILED              .00           .00
VERONICA D JOYNER         DEBTOR ATTY      2,300.00                        2,300.00
TOM VAUGHN                TRUSTEE                                            432.23
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                6,399.00

PRIORITY                                           .00
SECURED                                       3,666.77
UNSECURED                                          .00
ADMINISTRATIVE                                2,300.00
TRUSTEE COMPENSATION                            432.23
DEBTOR REFUND                                      .00
                      --------------        --------------
TOTALS                 6,399.00               6,399.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 17126 JUAN C GOODUM
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
Dated: 04/23/08                        _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```